NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E-LYNXX CORPORATION,**

*Plaintiff-Appellant*

**v.**

**INNERWORKINGS, INC., CIRQIT.COM, INC.,**

*Defendants-Appellees*

---

2014-1349

---

Appeal from the United States District Court for the Middle District of Pennsylvania in No. 1:10-cv-02535-CCC, Chief Judge Christopher Conner.

---

**JUDGMENT**

---

DARREN PATRICK NICHOLSON, Sayles Werbner, P.C., Dallas, TX, argued for plaintiff-appellant. Also represented by MARK STRACHAN; JONATHAN TAD SUDER, BRETT MICHAEL PINKUS, Friedman, Suder & Cooke, Fort Worth, TX.

DARYL JOSEFFER, King & Spalding LLP, Washington, DC, argued for defendant-appellee InnerWorkings, Inc. Also represented by ADAM CONRAD, Charlotte, NC;

JENNIFER H. DOAN, JOSHUA R. THANE, Haltom & Doan, Texarkana, TX.

JENNIFER E. HOEKEL, Armstrong Teasdale LLP, St. Louis, MO, for defendant-appellee Cirqit.com, Inc. Also represented by JESSICA MENDEZ, RICHARD L. BROPHY.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court